# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLINE DE LA CRUZ, | : | Civil No. 1:19-CV-01172 |
| Plaintiff, | : | |
| | : | (**Chief Magistrate Judge Schwab**) |
| v. | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security | : | |
| Defendant. | : | |

## ORDER
November 16, 2020

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **VACATED** and the case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion and this Order. After entering judgment in favor of De La Cruz and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge
